Paul E. Manasian (130855)
LAW OFFICE OF PAUL E. MANASIAN
1310 65th Street
Emeryville, California 94608
Tel: (415) 217-0203
Fax: (415) 291-8426
Email: manasian@mrlawsf.com

Counsel for Plaintiff ANDREW D.B. ROWEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. B. ROWEN, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AAMIR ANSARI, an individual, ) <br> MICHAEL HOWARD, an individual, ) <br> and ELOSOPHY, LLC an Ohio limited ) <br> liability company ) <br> . ) <br> Defendants. ) | **CASE NO. 17 CV 05029 LB** <br><br> **[~~PROPOSED~~] STIPULATED RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

The Ex Parte Application for a Temporary Restraining Order (the "Application") made by Plaintiff Andrew D.B. Rowen ("Rowen") filed with the Court on October 11, 2017 is hereby resolved through the entry of this Stipulated Restraining Order and Preliminary Injunction (the "Stipulated Order"). Rowen and Defendants Aamir Ansari, whose legal name is Aamir Riaz Ahmed, ("Ansari") and Elosophy, LLC ("Elosophy" and together with "Ansari", "Defendants") have agreed to the entry of this Stipulated Order

Rowen and Defendants stipulate and agree, and the Court ORDERS as follows:

1. Defendants shall immediately certify in writing to Plaintiff that they have turned over to Plaintiff all source code that relate in any way to the application being developed for Greenlight.

2. Defendants shall immediately destroy and delete any copies of any material related to the Greenlight software, incuding "wireframes" or any other material whether created by Defendants, Plaintiff or any third party (the "Greenlight Property").

3. Defendants shall immediately identify in writing provided to Plaintiff any third party to which Defendants have transferred or shown any of the Greenlight Property, including the date of the transfer or showing and the contact information of the third-party transferee.

4. Defendants shall not transfer, license, sell, or otherwise share the Greenlight Property.

5. This Stipulated Order shall be binding upon any person or entity working together or in concert with the Defendants, including any employees or associates, whether former or present.

This Order and the injunction contained herein shall remain in effect unless and until there is an order or judgment of the Court modifying or vacating this Order

Dated: December 19, 2017    _____

United States Magistrate Judge

Agreed as to substance and form and so stipulated:

*Andrew Rowen*
Plaintiff Andrew Rowen

*Aamir Ansari*
Defendant Aamir Ansari, also known as Aamir Riaz Ahmed

*Aamir Ansari*
Defendant Elosophy, LLC
By Aamir Ansari
Its: President